UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARVIN CHARO COLLINS,<br><br>    Plaintiff,<br><br>    v.<br><br>JOSEPH ROBINETT BIDEN, JR., et al.,<br><br>    Defendants. | Case No.: 1:24-cv-01309 JLT EPG<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DISMISSING THE ACTION WITH PREJUDICE, AND DIRECTING THE CLERK OF COURT TO CLOSE THIS CASE<br><br>(Doc. 8) |

Marvin Charo Collins alleges violations of the Lanham Act by government officials, including President Biden. (Doc. 1.) Reviewing the complaint, the magistrate judge found "all of Plaintiff's claims are absolutely meritless…." (Doc. 8 at 6; *see also id.* at 3-6.) The magistrate judge found "the complaint could not be saved by amendment." (*Id.*) Therefore, the magistrate judge recommended "the complaint be dismissed with prejudice and without leave to amend." (*Id.*)

On November 22, 2024, Plaintiff filed a "Common Law Copyright Notice" and a copy of the Findings and Recommendations with handwritten notations, including an indication that Plaintiff does "not consent." (*See generally* Doc. 8.) To the extent the "Copyright Notice" and attached documents are responses to the Findings and Recommendations, the documents appear irrelevant. The filed documents do not specifically address the findings of the magistrate judge.

According to 28 U.S.C. § 636(b)(1), this Court performed a *de novo* review of this case. Having carefully reviewed the matter, the Court concludes the record and proper analysis support the

1

findings that the action is meritless and subject to dismissal. *See Hagans v. Lavine*, 415 U.S. 528, 536 (1974). Thus, the Court **ORDERS**:

1. The Findings and Recommendations dated November 12, 2024 (Doc. 8) are **ADOPTED**.
2. The action is **DISMISSED** with prejudice.
3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated: __December 22, 2024__

UNITED STATES DISTRICT JUDGE